HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATER'S EDGE, A CONDOMINIUM
OWNERS ASSOCIATION, a Washington non-
profit corporation,

Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY;
and MIDDLEOAK SPECIALTY,

Defendants.

NO.  2:19-CV-01553 JLR

STIPULATION REQUESTING 30-
DAY EXTENSION OF
DEADLINES IN DKT. # 19

**NOTE ON MOTION CALENDAR:**
October 25, 2019

## I.   STIPULATION

The parties have conferred regarding the deadlines set forth in Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. # 19). In light of there being a motion to remand pending before the Court (Dkt. # 17), the parties are requesting a 30-day extension of the deadlines in Dkt. # 19 in the hopes that the issue of federal subject matter jurisdiction will be resolved, which will in turn determine whether the parties should move forward with Initial Disclosures and the Joint Status Report. The parties believe this constitutes good cause under FRCP 16(b)(4) for the purpose of extending the deadlines in Dkt. # 19.

STIPULATION REQUESTING 30-DAY EXTENSION OF
DEADLINES IN DKT # 19 - 1
(NO. 2:19-CV-01553 JLR)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

1       DATED this 25th day of October, 2019.

2   ASHBAUGH BEAL                 BULLIVANT HOUSER BAILEY

3   By s/ Jesse D. Miller             By Daniel R. Bentson
      Jesse D. Miller, WSBA #35837       Matthew J. Setkis, WSBA #26175

4       jmiller@ashbaughbeal.com         matthew.sektis@bullivant.com
      Zachary O. McIsaac, WSBA #35833     Daniel R. Bentson, WSBA #36825

5       zmcisaac@ashbaughbeal.com        dan.bentson@bullivant.com
      Attorneys for Plaintiff             Owen R. Mooney, WSBA 45779

6                             owen.mooney@bullivant.com
                            Jayme N. Mori, WSBA #50578

7                             jayme.mori@bullivant.com
                            Attorneys for Affiliated FM Ins. Co.

8

  WINSTON & STRAWN            BETTS PATTERSON MINES

9

  By s/ Harvey Kurzweil            By s/ Daniel L. Syhre

10      Harvey Kurzweil, *pro hac vice*       Daniel L. Syhre, WSBA #34158
      hkurzweil@winston.com          dsyhre@bpmlaw.com

11      Kelly A. Librera, *pro hac vice*        Attorneys for Middleoak Specialty
      librera@winston.com

12      Matthew A. Stark, *pro hac vice*
      stark@winston.com

13      Attorneys for Affiliated FM Ins. Co.

14                      **II. ORDER**

15       IT IS SO ORDERED. The court finds that good cause exists for the requested extension. *JLR*

16       DATED this __25th__ day of October, 2019.

17                            _____
                            JUDGE JAMES L. ROBART

18                             United States District Judge
  Presented by:

19

  ASHBAUGH BEAL

20

  By s/ Jesse D. Miller

21      Jesse D. Miller, WSBA #35837
      jmiller@ashbaughbeal.com

22      Zachary O. McIsaac, WSBA #35833
      zmcisaac@ashbaughbeal.com

23      Attorneys for Plaintiff

24

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400