UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATER'S EDGE, A CONDOMINIUM OWNERS ASSOCIATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>AFFILIATED FM INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-1553JLR<br><br>SHOW CAUSE MINUTE ORDER |

　　The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

　　On October 11, 2019, the court issued an order requiring the parties to file a Joint Status Report by November 15, 2019 (Dkt. # 19). On October 25, 2019, the court granted the parties' request for a continuance of that deadline to December 16, 2019 (Dkt. # 21). On December 30, 2019, the court granted a second request for a continuance

MINUTE ORDER - 1

of the deadline to January 15, 2020 (Dkt. # 29). To date, the parties have not filed a Joint Status Report.

It is ORDERED that counsel show cause by February 7, 2020, why this action should not be dismissed for failing to comply with Order Requiring Joint Status Report. Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 31st day of January, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2