1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE

9

10   WATER'S EDGE, A                          CASE NO. C19-1553JLR
     CONDOMINIUM OWNERS
11   ASSOCIATION,                             ORDER STRIKING PLAINTIFF'S
                                              DISCOVERY MOTION
12                    Plaintiff,

13          v.

14   AFFILIATED FM INSURANCE
     COMPANY, et al.,
15
                      Defendants.
16

17          Before the court is Plaintiff Water's Edge, a Condominium Association's

18   ("Water's Edge") motion for an order compelling Defendant Middleoak Specialty to

19   produce documents and make a witness available for deposition.  (Mot. (Dkt. # 42).)

20   Water's Edge filed its motion without first requesting a conference with the court.  (*See*

21   Dkt.)  The motion therefore contravenes the court's February 14, 2020, scheduling order.

22   (*See* Sched. Order (Dkt. # 35) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to

ORDER - 1

1  Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order

2  relating to discovery, the movant must request a conference with the court' by notifying

3  [the courtroom deputy] . . . .") (second alteration in original)); *see also* Fed. R. Civ. P.

4  16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving

5  for an order relating to discovery, the movant must request a conference with the court").

6  The court therefore STRIKES Water's Edge's motion (Dkt. # 42) without prejudice to

7  renewing the motion in a manner that comports with the court's scheduling order.

8         Dated this 6th day of October, 2020.

9

10

11         JAMES L. ROBART
           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2