THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATER'S EDGE, A CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY; and MIDDLEOAK SPECIALTY,<br><br>Defendant. | No.: 2:19-cv-01553-JLR<br><br>STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT AFFILIATED FM INSURANCE COMPANY<br><br>NOTE ON MOTION CALENDAR:<br><br>August 31, 2021 |

**STIPULATION**

Plaintiff Water's Edge, a Condominium Owners Association (the "Association"), and Defendants Affiliated FM Insurance Company ("AFM") and MiddleOak Specialty ("MiddleOak") (together, the "Parties") stipulate that the claims asserted by the Association against AFM, including all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.  The Parties do not stipulate to dismiss the Association's claims against MiddleOak, such that the lawsuit will remain ongoing as to the Association's claims against MiddleOak, with the case deadlines set forth in Dkt. # 66 remaining intact.

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT AFFILIATED FM INSURANCE COMPANY
2:19-CV-01553-JLR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# **ORDER**

IT IS SO ORDERED this  1st  day of September 2021.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

| ASHBAUGH BEAL LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: /s/ Jesse D. Miller (per electronic consent)<br>Jesse D. Miller, WSBA #35837<br>Zachary O. McIsaac, WSBA #35833<br>701 5th Ave, Ste 4400<br>Seattle, WA 98104<br>(206) 386-5900<br>jmiller@ashbaughbeal.com<br>zmcisaac@ashbaughbeal.com<br><br>Attorneys for Plaintiff | By: /s/ Daniel R. Bentson<br>Matthew J. Sekits, WSBA #26175<br>Daniel R. Bentson, WSBA #36825<br>Owen R. Mooney, WSBA #45779<br>925 4th Ave, Ste 3800<br>Seattle, WA 98104<br>(206) 521-6420<br>matthew.sekits@bullivant.com<br>dan.bentson@bullivant.com<br>owen.mooney@bullivant.com<br><br>Attorneys for Affiliated FM Ins. Co. |
| BETTS PATTERSON MINES, P.S. | WINSTON & STRAWN LLP |
| By: /s/ Daniel L. Syhre (per electronic consent)<br>Daniel L. Syhre, WSBA #34158<br>701 Pike St, Ste 1400<br>Seattle, WA 98101<br>(206) 268-8648<br>dsyhre@bpmlaw.com<br><br>Attorneys for MiddleOak Specialty | By: /s/ Harvey Kurzweil (per electronic consent)<br>Harvey Kurzweil, *pro hac vice*<br>Kelly A. Librera, *pro hac vice*<br>Matthew A. Stark, *pro hac vice*<br>200 Park Ave<br>New York, NY 10166<br>(212) 294-4620<br>hkurzweil@winston.com<br>klibrera@winston.com<br>mstark@winston.com<br><br>Attorneys for Affiliated FM Ins. Co. |

4835-8985-4969.1

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS
AGAINST DEFENDANT AFFILIATED FM INSURANCE COMPANY
2:19-CV-01553-JLR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930